IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **03-cv-00333-AP**

**COLORADO OFF-HIGHWAY VEHICLE COALITION**,

  Plaintiff,

v.

**THE UNITED STATES FOREST SERVICE,** *et al***,**

  Defendants.

**WESTERN COLORADO CONGRESS,** *et al.*

  Intervenors-Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

  The Order of Reference to Magistrate Judge Shaffer dated March 6, 2003, is VACATED.

Dated:  April 11, 2006