## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

COLORADO OFF-HIGHWAY VEHICLE
COALITION,

      Plaintiff,

vs.

THE UNITED STATES FOREST SERVICE, *et al.*,

      Defendants,

WESTERN COLORADO CONGRESS, *et al.*

      Intervenors-Defendants.

**Civ. Action No. 03-CV-00333-AP**

**ORDER OF DISMISSAL**

---

Upon stipulation under Fed. R. Civ. P. 41(a)(1)(ii) between Plaintiff, the Colorado Off-Highway Vehicle Coalition, Defendants, the United States Forest Service *et al.*, and Intervenors-Defendants, Western Colorado Congress *et al.*, by and through their counsel,

**IT IS ORDERED** that this action be and hereby is dismissed, each party to pay their own costs and fees.

DATED this  24th  day of April, 2006.

BY THE COURT:

S/John L. Kane
Honorable John L. Kane
United States District Court
for the District of Colorado